# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 141 Church Street, New Haven, CT before the **Honorable SARAH A. L. MERRIAM, United States District Judge, on April 29, 2022, at 1:00 pm.**

AUSA JONATHAN N. FRANCIS

**Plea Hearing/Waiver of Indictment**

| | |
|---|---|
| UNITED STATES | <u>Case No. 3:22CR71    (SALM)</u> |
| v. | |
| JOHN DOE<br>(Howard Shapiro, Esq.<br>Christopher Davies, Esq.) | <u>COUNT ONE</u><br>18 U.S.C. § 371<br>Conspiracy to Commit Commodity Price Manipulation<br><br>PENALTIES<br>Imprisonment: n/a<br>Fine: $359,180,718<br>Special Assessment: $400<br>Restitution: n/a |

To: Honorable Sarah A. L. Merriam

cc:     U. S. Attorney's Office –New Haven
       U. S. Marshal's Office – New Haven- *via email*
       U. S. Clerk's Office – Andrew Caffrey, Courtroom Deputy - *via email*
       U. S. Probation Office – New Haven- *via email*
       Howard Shapiro, Esq., and Christopher Davies, Esq. (Counsel for Defendant)- *via email*