# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:22CR71(SVN) |
| Glencore Ltd. | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/24/2022

*Defendant's signature*

*Signature of defendant's attorney*

Christopher Davies
*Printed name of defendant's attorney*

*Judge's signature*

Sarala V. Nagala, United States District Judge
*Judge's printed name and title*

United States District Court
District of Connecticut
FILED AT HARTFORD
5/24
Dinah Milton Kinney, Clerk 20 22
By_____
Deputy Clerk