UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GLENCORE LTD. | )<br>)<br>)<br>) Crim No. 3:22-cr-00071-SVN<br>)<br>)<br>)<br>) |

UNOPPOSED MOTION FOR ADJOURNMENT OF SENTENCING

Petróleos Mexicanos ("PEMEX") and its wholly-owned subsidiary P.M.I. Trading DAC ("PMI"), the entities who are victims in the above-captioned action, hereby move the Court for an adjournment of the sentencing hearing currently scheduled for June 24, 2022, to afford PEMEX and PMI sufficient time to exercise their right to seek restitution under the Crime Victims Restitution Act, 18. U.S.C. § 3771 ("CVRA") and the Mandatory Victims Restitution Act, 18 U.S.C. § 3663A ("MVRA"). In support of this Motion, PEMEX and PMI state:

1. On May 24, 2022, defendant Glencore pled guilty to conspiring to commit commodity price manipulation in violation of 18 U.S.C. § 371. D.E. No. 18, Plea Agreement ¶ 1. Glencore conspired to manipulate two fuel oil benchmark prices in order to increase profits and reduce costs on its contracts for physical fuel oil. *Id.* ¶ 13; Statement of Facts ¶ 7.

2. The Statement of Facts identifies PMI (referred to therein as "Trading Firm A") as a counterparty to Glencore on these fraudulent transactions and as a victim of the scheme. Statement of Facts ¶¶ 7–20. Moreover, because PMI operated as the trading arm of PEMEX (identified in the Statement of Facts as "National Oil Company A"), PEMEX also suffered losses and was a victim of the scheme.

3. PEMEX and PMI first learned the basis of their claim for restitution when they reviewed the Statement of Facts after it was unsealed on May 26, 2022.

4. Since learning about the basis of their restitution claim, PEMEX and PMI have been working diligently to confirm the details of their losses by exercising their right under the CVRA to confer with the Government and by retrieving and reviewing relevant records. 18 U.S.C. § 3771(a)(5). Counsel for PEMEX and PMI have had several conversations with the Government to work through the issue of restitution as well, but more information is needed to present an accurate statement to the Court.

5. PEMEX and PMI request additional time to continue to confirm the details of their losses and to prepare a submission to the Probation Office and to the Court. The Probation Office will then need time to review the submission, and the parties will need time to review and respond to the submission.

6. Undersigned counsel has conferred with counsel for the Government, counsel for defendant Glencore, and the United States Probation Officer assigned to this case, and there is no objection to the adjournment.

7. Because counsel for the Government is beginning a trial that is set to run through early August, PEMEX and PMI request an adjournment to a date after September 5, 2022, to give the Government sufficient time to confer further with PEMEX and PMI, pursuant to 18 U.S.C. § 3771(a)(5), and thereafter to review and respond to any submission that PEMEX and PMI make to Probation and the Court.

WHEREFORE, PEMEX and PMI respectfully request that the Court adjourn Glencore's sentencing to a date after September 5, 2022, that is convenient for the Court.

<table>
<tr><td></td><td>Respectfully submitted,<br>PEMEX and PMI,<br>by their attorneys</td></tr>
<tr><td>Dated:  June 17, 2022</td><td>/s/ <i>Ross H. Garber</i><br>Ross H. Garber<br><b>The Garber Group LLC</b><br>100 Pearl St., 14th Floor<br>Hartford, CT 06103<br>T: 202-469-6770<br>rgarber@thegarbergroup.com</td></tr>
</table>

Abbe David Lowell (*pro hac vice* forthcoming)
**Winston & Strawn LLP**
1901 L Street, N.W.
Washington, DC 20036
T: 202-282-5875
adlowell@winston.com

Seth C. Farber (*pro hac vice* forthcoming)
Marcelo M. Blackburn (*pro hac vice* forthcoming)
Sarah L. Viebrock (*pro hac vice* forthcoming)
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166
T: 212-294-4611
T: 212-294-6744
T: 212-294-6718
sfarber@winston.com
mblackburn@winston.com
sviebrock@winston.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system on June 17, 2022, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and a paper copy will be sent by mail to non-registered participants.

*/s/ Ross H. Garber*
Ross H. Garber