UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | ) Crim No. 3:22-cr-00071-SVN <br> ) |
| GLENCORE LTD. | ) <br> ) <br> ) |

## NOTICE

Defendant Glencore Ltd. ("Glencore") and Interested Parties Petróleos Mexicanos and its wholly-owned subsidiary P.M.I. Trading Designated Activity Company ("PMI") (together, "PEMEX") respectfully submit this notice that PEMEX's claim under the Mandatory Victim Restitution Act has been fully resolved through a confidential settlement agreement, and accordingly, PEMEX will not be submitting a claim for restitution.

Dated: September 12, 2022

*/s/ Christopher Davies*
**Wilmer Cutler Pickering**
  **Hale and Dorr LLP**
Christopher Davies (admitted *pro hac vice*)
Howard M. Shapiro (admitted *pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
T: 202-663-6187
T: 212-663-6606
christopher.davies@wilmerhale.com
howard.shapiro@wilmerhale.com

Anjan Sahni (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
T: 212-937-7418
Anjan.sahni@wilmerhale.com

*/s/ Abbe David Lowell*
**Winston & Strawn LLP**
Abbe David Lowell (admitted *pro hac vice*)
1901 L Street, N.W.
Washington, DC 20036
T: 202-282-5875
adlowell@winston.com

Seth C. Farber (admitted *pro hac vice*)
Marcelo M. Blackburn (admitted *pro hac vice*)
Sarah L. Viebrock (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
T: 212-294-4611
T: 212-294-6744
T: 212-294-6718
sfarber@winston.com
mblackburn@winston.com

| | |
|---|---|
| Bonnie L. Heiple<br>60 State St.<br>Boston, MA 02109<br>T: 617-626-5000<br>Bonnie.heiple@wilmerhale.com<br><br>*Counsel for Glencore* | sviebrock@winston.com<br><br>**The Garber Group LLC**<br>Ross H. Garber<br>Bar No. ct17689<br>100 Pearl St., 14th Floor<br>Hartford, CT 06103<br>T: 202-469-6770<br>rgarber@thegarbergroup.com<br><br>*Counsel for PEMEX and PMI* |

## **CERTIFICATE**

Per the Court's Electronic Filing Rules, I certify that I have consent to affix the signature of counsel for United States and PEMEX to this document.

*/s/ Christopher Davies*
Counsel for Glencore
