UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

      v.                                        CRIMINAL NO. 3:22-cr-71 (SVN)

GLENCORE LTD.

    Defendant.

**FORFEITURE ORDER**

WHEREAS, on May 24, 2022, Glencore Ltd. (the "Defendant"), was charged in a one-count Information, 3:22-cr-71 (the "Information"), with conspiracy to commit commodity price manipulation, in violation of Title 18, United States Code, Section 371 ("Count One");

WHEREAS, the Information included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, of any and all property, real or personal, that constitutes or is derived from proceeds traceable to the commission of the offense alleged in Count One of the Information, including but not limited to, a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense;

WHEREAS, on May 24, 2022, the Defendant pleaded guilty to Count One of the Information, pursuant to an agreement (the "Plea Agreement") with the United States Department of Justice, Criminal Division, Fraud Section and the United States Attorney's Office for the District of Connecticut (collectively, the "Government"), wherein the Defendant (i) admitted that forfeiture applies with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, a sum of $144,417,203 in United States currency, representing the amount of proceeds traceable to the violation set forth in Count One of the Information, and (ii) agreed to

transfer $144,417,203 in United States currency, plus any associated transfer fees, pursuant to payment instructions provided by the United States (with $35,000,000 of the total amount to be paid into the United States Postal Inspection Service Consumer Fraud Fund) no later than ten business days after the entry of judgment, in full satisfaction of the forfeiture money judgment;

WHEREAS, in the Plea Agreement the Government and the Defendant agreed that the forfeiture amount under the Plea Agreement may be offset by the amount of any disgorgement payment made by the Defendant pursuant to the May 24, 2022, order and settlement between the Company and the U.S. Commodity Futures Trading Commission ("CFTC") relating to the conduct described in the Statement of Facts attached to the Plea Agreement;

WHEREAS, on June 13, 2022, the Defendant made a disgorgement payment in the amount of $72,208,601 to the CFTC and, accordingly, after applying the offset for the payment to the CFTC, the remaining forfeiture amount payable to the United States is $72,208,602;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pleaded guilty, a money judgment in the amount of $144,417,203 in United States currency (the "Money Judgment") shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Forfeiture Order is final as to the Defendant, upon entry of this Forfeiture Order, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. By no later than ten business days after the entry of judgment, the Defendant shall transfer $72,208,602 in United States currency, plus any associated transfer fees, to the United

-3-

States by wire transfer to the United States Marshals Service (or its designee) in full satisfaction of the Money Judgment.

4.  Upon execution of this Forfeiture Order, and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service (or its designee), shall be authorized to deposit (i) $37,208,602 of the payment it received on the Money Judgment into the Department of Justice Assets Forfeiture Fund, and (ii) $35,000,000 of the payment it received on the Money Judgement into the United States Postal Inspection Service Consumer Fraud Fund, and the United States shall have clear title to such forfeited property represented in (i) and (ii).

5.  The Court shall retain jurisdiction to enforce this Forfeiture Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6.  The Clerk of the Court shall forward three certified copies of this Forfeiture Order to Assistant United States Attorney Jonathan Francis, U.S. Attorney's Office for the District of Connecticut, 157 Church Street, Floor 25, New Haven, CT 06510.

It is So Ordered:

Date: October 6, 2022

Sarala V. Nagala
*Digitally signed by Sarala V. Nagala*
*Date: 2022.10.06 11:13:57 -04'00'*

Sarala V. Nagala
United States District Judge